**Motion for Rehearing Granted, Memorandum Opinion filed October 24, 2017 Withdrawn, Appeal Reinstated, and Order filed December 21, 2017.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔠𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

NO. 14-17-00462-CV
_____

## ALI YAZDCHI, Appellant

### V.

## KENNETH MINGLEDORFF AKA MINGLEDORFF LAW FIRM, Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2014-66361**

## ORDER

On October 24, 2017, this court issued an opinion dismissing this appeal. On November 8, 2017, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed October 24, 2017, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.